### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| WIRELESS SWITCH IP, LLC., <br><br> Plaintiff, <br><br> v. <br> LENOVO (UNITED STATES) INC. and LENOVO HOLDING COMPANY <br><br> Defendants. | Civil Action No. 6:17-cv-140-JRG-JDL |

## JOINT MOTION TO TRANSFER VENUE

Pursuant to 28 U.S. Code §§ 1400, 1404 and 1406(a), and in light of the recent United States Supreme Court case, *TC Heartland LLC. v Kraft Foods Group Brands LLC,* 2017 WL 2216934 (May 22, 2017), Plaintiff Wireless Switch IP, LLC, and Defendants Lenovo (United States) Inc. and Lenovo Holding Company file this Joint Motion to Transfer Venue to the United States District Court for the Northern District of California.

The Parties respectfully show as follows:

1. Plaintiff filed this lawsuit on March 3, 2017.

2. Plaintiff filed a First Amended Complaint on June 9, 2017

3. Defendants have not yet answered the First Amended Complaint.

4. Pursuant to 28 U.S.C. §§ 1400, 1404 and 1406(a), the Plaintiff and Defendants consent and stipulate to the transfer of this action to the United States District Court for the Northern District of California[1]

---

[1] In agreeing to transfer this case, Defendants do not concede anything regarding the propriety of Venue in the United States District Court for the Northern District of California in any other case involving the Defendants.

Dated: June 13, 2017 Respectfully submitted,

*/s/ Margaret Elizabeth Day*
Margaret Elizabeth Day
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618.4360
Facsimile: (650) 618.4368
eday@feinday.com

Marc Belloli
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
650-618-4360
Fax: 650-618-4368
Email: mbelloli@feinday.com

Sal Lim
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
650-618-4360
Fax: 650-618-4368
Email: slim@feinday.com

*/s/ L. Charles van Cleef*
L. Charles van Cleef
Attorney
PO Drawer 2432
Longview, TX 75606
Telephone: (903) 248.8244
Facsimile: (903) 720.0140
charles@vancleef.pro

*Attorneys for Plaintiff Wireless Switch IP*

Fred Irvin Williams
Vinson & Elkins LLP - Austin
2801 Via Fortuna
Suite 100
Austin, TX 78749
512-542-8430
Fax:512-236-3252
Email: fwilliams@velaw.com

Eric Joseph Klein
Vinson & Elkins LLP - Dallas
2001 Ross Ave
Suite 3700
Dallas, TX 75201-2975
214-220-7782
Fax:214-999-7782
Email: eklein@velaw.com

*/s/ Michael Simons*
Michael Simons
Vinson & Elkins LLP - Austin
2801 Via Fortuna
Suite 100
Austin, TX 78749
512/542-8420
Fax:512-236-3250
Email: msimons@velaw.com

*Attorneys for Defendants*
*Lenovo (United States) Inc. and*
*Lenovo Holding Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2017, I electronically filed the above document(s) with the Clerk of Court using CM/ECF, which will send electronic notification of such filing(s) to all registered counsel.

*/s/ L. Charles van Cleef*
L. Charles van Cleef
